UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Carmen Prosper,<br><br>                Plaintiff,<br><br>      -against-<br><br>Bronxworks, Inc. et al.,<br><br>              Defendants. | 25-CV-4956 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

BronxWorks' motion to compel is DENIED.

With respect to the tax returns, BronxWorks has not shown why the financial records produced are insufficient. Prosper's income from financial settlements are not relevant to mitigation in this case. And BronxWorks has not shown any nonspeculative reason to suspect that Prosper has received any income from Uber or other employment that is not reflected in her financial statements. BronxWorks may renew the motion should subsequent discovery suggest any nonspeculative reason why Prosper's financial records do not reflect the full extent of her *relevant* income.

With respect to discovery materials from prior litigation, BronxWorks has not shown the relevance of the materials. They would likely not be admissible as character evidence, and BronxWorks has not shown why Prosper's responses in unrelated litigation would speak to her credibility on any matter at issue in this case.

Prosper's motion to compel is held in abeyance. Within 2 days of this order, BronxWorks is directed to submit the documents in question to the Court for *in camera* review. The documents in question should be emailed to Chambers: SubramanianNYSDChambers@nysd.uscourts.gov

The Clerk of Court is respectfully directed to terminate Dkt. 33.

SO ORDERED.

Dated: April 20, 2026
      New York, New York

                                            ARUN SUBRAMANIAN
                                        United States District Judge