UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carmen Prosper,<br><br>                    Plaintiff,<br><br>          -against-<br><br>BronxWorks, Inc. et al.,<br><br>                    Defendants. | 25-CV-4956 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Prosper's motion to compel is DENIED. After reviewing the communication *in camera*, the Court agrees with BronxWorks that the communication was providing legal advice and is privileged.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 36.

SO ORDERED.

Dated: April 21, 2026
       New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge